UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMY PARCELL,

    Plaintiff,

v.                                                     Case No. 8:16-cv-3507-T-27TGW

MENTOR WORLDWIDE LLC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge recommending that Defendant Mentor Worldwide LLC's Motion for Taxation of Costs and Incorporated Memorandum of Law (Dkt. 62) be granted and that the Clerk be directed to tax costs against Plaintiff in the amount of $3,019.15 (Dkt. 63). Plaintiff did not respond to Defendant's motion to tax costs. *See Jones v. Bank of Am., N.A.*, 564 F. App'x 432, 434 (11th Cir. 2014) (per curiam) ("[A] party's failure to respond to any portion or claim in a motion indicates such portion, claim or defense is unopposed." (internal quotation marks omitted)). No objections to the Report and Recommendation have been filed, and the time in which to do so has passed. Upon consideration, the Report and Recommendation is adopted as the opinion of the Court and Defendant's motion is **GRANTED**.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. *Id.* at § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of

an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (per curiam) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) (per curiam)); *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994) (per curiam).

Accordingly,

1. The Report and Recommendation (Dkt. 63) is **APPROVED** and **ADOPTED** as the opinion of the Court for all purposes, including for appellate review.

2. Defendant's Motion for Taxation of Costs (Dkt. 62) is **GRANTED**.

3. The Clerk is directed to tax costs in the amount of $3,019.15 in favor of Defendant against Plaintiff.

**DONE AND ORDERED** this 21st day of August, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record